# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

PENNY/OHLMANN/NIEMAN,
INC., et al.,

      :

    Plaintiffs,                          Case No. 3:02-cv-156

    -vs-                           :        District Judge Thomas M. Rose
                                                 Chief Magistrate Judge Michael R. Merz

MIAMI VALLEY PENSION CORP.,
et al.,

      :

    Defendants.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

        The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #51), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on June 7, 2005, hereby ADOPTS said Report and Recommendations.

        It is therefore ORDERED that this case be dismissed without prejudice pursuant to 28 U.S.C. §1367.

June 9, 2005.                                    s/**THOMAS M. ROSE**

                                                     Thomas M. Rose
                                                 United States District Judge